.Joseph W. MOLESKI, appellant, v. COLUMBIA CREDIT COMPANY, Inc., a corporation, appellee.

No.. 1112.

Municipal Court of Appeals for the District of Columbia.

Argued Oct. 3, 1951.

Decided Nov. 9, 1951.

Rehearing Denied Dec. 3, 1951.

Arthur L. Willcher, Washington, D. C., Jack Politz, Washington, D. C., on the brief, for appellant.

Jacob C. Lish, Washington, D. C., Bernard Margolius, Washington, D. C., on the brief, for appellee.

Before CAYTON, Chief Judge, and HOOD and CLAGETT, Associate Judges.

CAYTON, Chief Judge.

This is a companion case to McCalister v. Columbia Credit Company, Inc., decided today, D.C.Mun.App., 84 A.2d 108. The facts in the two cases are the same and were so treated by the parties and by the trial court. Thus this case is to be governed by our decision in the McCalister case.

Reversed with instructions to grant plaintiff's motion for leave to amend.

Judge CLAGETT sat during the argument of this case, but died before it was decided.